**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7999**

CHRISTOPHER S. HENRY,

              Plaintiff - Appellant,

       v.

AL BASKERVILLE, Warden of Powhatan Correctional Center;
UNKNOWN, Correctional Officer,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:08-cv-00561-HEH)

Submitted:  December 17, 2009      Decided:  December 31, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher S. Henry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher S. Henry appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) action under 28 U.S.C. § 1915(e)(2)(B) (2006). Henry also appeals the district court's order denying his subsequent Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Henry v. Baskerville, No. 3:08-cv-00561-HEH (E.D. Va. Sept. 4, 2009 & Oct. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED